UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No: 12-35102 PGH
Chapter 7

IN RE:                                     )
                                           )
    BONNIE C. GRAY                         )
                                           )
        Debtor(s)                          )

MATHEW GRAY,                               )
Plaintiff,                                 )
                                           )    Adversary Proceeding
v.                                         )
                                           )    No. 13-01080-PGH
Bonnie C. Gray,                            )
an individual,                             )
Defendant                                  )

**PLAINTIFF'S VERIFIED MOTION FOR ENTRY OF DEFAULT
FINAL JUDGMENT AGAINST DEFENDANT**

    **COME NOW** the Plaintiff, Mathew Gray, by and through undersigned counsel, and for his Verified Motion for Entry of Default Final Judgment against the Defendants pursuant to F.R.C.P. 55 and Local Rule 7055, and pursuant to 11 U.S.C. §1746(S) and swears and affirms as follow states as follows:

1. This action was filed pursuant to Bankruptcy Code §727(a)(2)(A) to Object to discharge of the debtor-defendant and §727(a)(4)(A).

2. This is a core proceeding as defined in 28 U.S.C. § 157(b)(2)(I), for which this Court has jurisdiction under 11 U.S.C. §1334.

3. Venue is proper in this Court under 28 U.S.C. § 1409(a).

4. The Debtor filed a Voluntary Chapter 7 bankruptcy petition on October 19th, 2012.

5. The substance of the Plaintiff's Complaint is that pursuant to their decree of dissolution, the Defendant- Debtor received over $250,000 in non-exempt investment assets and $25,000 of personal property, none of which was listed in the Debtor's schedules or otherwise accounted for in her sworn Statement of Financial Affairs.

6. The Plaintiff also contends that a considerable amount of alimony, child support and other payments were made to the Defendant over a period of three years, and this amount was substantial and contributed to the Debtor's ability to manage her lifestyle.

7. The Plaintiff submits that given the significant amount of money transferred to the Defendant, it is unlikely that this money was dissipated through normal living expenses as demonstrated through schedules, especially as the Debtor was not making any house payments per their decree.  The Debtor's schedules and SOFA do not demonstrate a lifestyle or circumstances which would result in the dissipation of $450,000 in total payments to the Debtor-Defendant over the 36 month period.

8. The Debtor was duly served at her residence (DE #5), Counsel for the filing of the bankruptcy petition was likewise notified, over 30 days have lapsed since the filing of this action and the Debtor has not filed an answer or other responsive pleading in this matter, nor has the Plaintiffs or Plaintiffs' counsel received any answer or responsive pleading from the Defendant.

9.  The Defendant is not a member of the military.

10. No change in address was docketed for the Debtor-defendant and the Plaintiff and former spouse is not aware of any change in residence of the Debtor.

**WHEREFORE**, the Plaintiff, Mathew Gray, requests that this Court enter a Default Judgment against said defendant Bonnie Gray, that she be denied a discharge pursuant to 11 U.S.C. §727(a)(5) and 727(a)(4)(A), and any other relief that this Court may deem just and proper.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this

court as set forth in Local Rule 910(d)(1) and (2).

*Further affiant sayeth not.*

Dated: March 6th, 2013.

    DEBT RELIEF LAW FLORIDA
*Attorney for Matthew Gray*
1080 S. Federal Highway
Boynton Beach, FL  33435
(561) 826-8986
(561) 935-9706
angelo@drlclaw.com

By:  /s/  Angelo A. Gasparri
*ANGELO A. GASPARRI, Esq.*
*FBN 32158*

**Copies to:**

US Trustee

**Defendant**
Bonnie C. Gray
7380 Water Dance Way
Lake Worth, FL 33467