

**ORDERED in the Southern District of Florida on April 17, 2013.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT FLORIDA
www.flsb.uscourts.gov

In re:                                                          Case No. 12-35102-PGH
                                                                Chapter 7
BONNIE C. GRAY,

     Debtor.
_____/

MATTHEW GRAY,                                      Adv. Proc. No. 13-01080-PGH

     Plaintiff,

vs.

BONNIE C. GRAY,

     Defendant.
_____/

### ORDER CONTINUING PRETRIAL CONFERENCE

THIS MATTER came before the Court for pretrial conference on April 2, 2013. After

hearing and for the reasons recited upon the record in open court it is

ORDERED

1.    That pre-trial hearing in this matter is CONTINUED to August 6, 2013 at 9:30 a.m.

at the United States Bankruptcy Court, Flagler Waterview Building, 1515 North Flagler Drive,

Room 801, Courtroom A, West Palm Beach, Florida 33401.

2

2.   That this Court's  January 30, 2013 Order Setting Filing and Disclosure Requirement

for Pretrial and  Trial  (DE# 3) shall remain in full force and effect, and all deadlines set in such

order shall be calculated based on the continued pretrial conference.

# # # #

Submitted by:

Norman L. Schroeder, II
Attorney for Bonnie C. Gray
6801 Lake Worth Road, Suite 120
Lake Worth, FL 33467
(561) 642-8884 Phone
(561) 642-3377 Fax
nschroeder@nlsbankruptcy.com
FL Bar No:  254045

 Defendant's counsel shall serve a conformed copy of this order on all interested parties and shall
file a certificate of service of same